IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANA FERNANDEZ,

  Appellant,

 v.            Case No.  5D22-2253
                LT Case No. 2022-CA-001828
AUTUMN GARICK, INDIVIDUALLY, AND
CHRIS ANDERSON, IN HIS CAPACITY
AS THE SEMINOLE COUNTY
SUPERVISOR OF ELECTIONS,

  Appellees.
_____/
Decision filed February 7, 2023

Appeal from the Circuit Court
for Seminole County,
Jessica J. Recksiedler, Judge.

Christian W. Waugh and Mary
Norberg, of Waugh Grant, PLLC,
Orlando, for Appellant.

Thomas R. Peppler, of Peppler
Law, PA, Oviedo, for Appellee
Autumn Garick.


PER CURIAM.

  AFFIRMED.

LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.